| | |
|---|---|
| 1 | **LAW OFFICES OF CARLIN & BUCHSBAUM, LLP** |
|   | GARY R. CARLIN, CSBN: 44945 |
| 2 | gary@carlinbuchsbaum.com |
|   | BRENT S. BUCHSBAUM, CSBN: 194816 |
| 3 | brent@carlinbuchsbaum.com |
|   | RONALD L. ZAMBRANO, CSBN: 255613 |
| 4 | ronald@carlinbuchsbaum.com |
|   | 555 East Ocean Blvd., Suite 818 |
| 5 | Long Beach, California 90802 |
|   | Telephone: (562)432-8933 |
| 6 | Facsimile:  (562)435-1656 |
|   | Attorneys for EDGARDO LASTIMOZA, Plaintiff |
| 7 | |
|   | MARK D. CAMPBELL (SNB: 180528) |
| 8 | ERIN M. SMITH (SBN: 235039) |
|   | LOEB & LOEB, LLP |
| 9 | 10100 Santa Monica Boulevard, Suite 2200 |
|   | Los Angeles, California 90067-4120 |
| 10 | Telephone:   310-282-2000 |
|   | Facsimile:   310-282-2200 |
| 11 | |
|   | HONIGMAN MILLER SCHWARTZ AND COHN, LLP |
| 12 | CAMERON J. EVANS (P47276) (admitted *pro hac vice*) |
|   | 660 Woodward, Suite 2290 |
| 13 | Detroit, Michigan 48229 |
|   | Telephone:   313-465-7370 |
| 14 | Facsimile:   313-465-7371 |
|   | Attorneys for Defendants |
| 15 | HERCULES TIRE & RUBBER COMPANY, INC., |
|   | d/b/a, TIRE DEALERS' WAREHOUSE, ROBERT |
| 16 | CARNAHAN and TONY AVERSA |

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGARDO LASTIMOZA, | CASE NO.   CV-09-6340 RGK (JCx) |
| Plaintiff; | |
| vs. | **[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY'S FEES TO ANY PARTY** |
| THE HERCULES TIRE & RUBBER CO., dba TIRE DEALERS' WAREHOUSE, A Connecticut corporation; ROBERT CARNAHAN, an individual; TONY AVERSA, an individual; and DOES 1 through 250, inclusive; | |
| Defendants. | Complaint Filed:  July 17, 2009 |

1 | **GOOD CAUSE APPEARING AND ON ORDER OF THE COURT**, THE
2 | **ABOVE MATTER, IN IT'S ENTIRETY, IS DISMISSED WITH PREJUDICE**.
3 |
4 | **IT IS SO ORDERED.**
5 |
6 | Dated:   September 29, 2010
7 |
8 | _____
  | United States District Court Judge

-2-

[PROPOSED] ORDER FOR DISMISSAL          CV-09-6340